**STATE of Missouri, Respondent,**

v.

**Kenneth W. SMITH, Appellant.**

**No. WD 37914.**

Missouri Court of Appeals,
Western District.

Nov. 4, 1986.

Joseph M. Ellis, Macon, for appellant.

James N. Foley, Macon, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

The appellant was found guilty of driving while intoxicated § 577.010, RSMo Supp.1984. Punishment was under a Class B misdemeanor, $120 fine and 6 months jail time with parole granted to attend an alcohol program. Judgment affirmed. Rule 30.25(b).

**Ralph C. SCHMUDE and Lois Schmude, husband and wife; Robert H. Vidricksen and Vonda G. Vidricksen, husband and wife; and Albert C. Westphal and Betty J. Westphal, husband and wife, Respondents,**

v.

**Joseph W. RYAN, Appellant.**

**No. WD 37847.**

Missouri Court of Appeals,
Western District.

Nov. 4, 1986.

John L. Port, James F. Ralls, Jr., William M. Quitmeier & Assoc., P.C., Kansas City, for appellant.

Lawrence V. Fisher, Frost, Fisher & Pickett, Plattsburg, for respondents.

Before BERREY, J., Presiding, and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM:

Defendant, in a declaratory judgment suit, appeals the trial court's finding that defendant had not paid a certain amount on a promissory note.

The judgment is affirmed. Rule 84.16(b).